United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4094SI

_____

Tina M. Medlin,                               *
                                              *
                    Appellant,                *
                                              *
                                              *    Appeal from the United States
          v.                                  *    District Court for the Southern
                                              *    District of Iowa.
Wal-Mart Stores, Inc.; Roven P. Heller;       *
Dan Clark; Mitch Potts; Straud Brewer,        *         [UNPUBLISHED]
                                              *
                    Appellees.                *

_____

Submitted: April 15, 1998
Filed: April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

Tina M. Medlin appeals the district court's adverse grant of summary judgment in favor of Wal-Mart Stores, Inc. on Medlin's employment-based claims for sexual harassment, constructive discharge, and intentional infliction of emotional distress. Medlin does not challenge the district court's ruling that the employees sued by Medlin have no individual liability under Title VII and the Iowa Civil Rights Act. We review the district court's grant of summary judgment under a well-established standard.

_____

*The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

Having considered the record and the parties' submissions, we conclude Medlin is not entitled to relief. We agree with the district court that Medlin's claims cannot survive summary judgment because Wal-Mart Stores took prompt remedial action against the alleged offenders once Medlin reported their conduct, Medlin's conditions of employment were not objectionably intolerable, and Medlin failed to produce evidence of outrageous conduct to support her state law claim for emotional distress. Because the controlling law is clear, our review satisfies us that an extended opinion would have no precedential value in this fact-intensive case.

We thus conclude the district court correctly granted summary judgment, and we affirm without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.